■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HILL, Appellant.— Order entered on October 14, 1960 unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ NADER ARYEH, Appellant, v. 60 WALL TOWERS, INC., Respondent.— Order entered on October 30, 1961 unanimously affirmed ,with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ In the Matter of YALE EMPLOYMENT AGENCY, INC., Petitioner, v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MORGAN GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v. JUSTIN M. GOLENBOCK et al., as Temporary Administrators of the Estate of ERROL FLYNN, Deceased, Defendants-Appellants and Third-Party Plaintiffs. HUNTINGTON HARTFORD, Individually, and Doing Business as HUNTINGTON HARTFORD ENTERPRISES, Third-Party Defendant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL D. HILL, Appellant.— Order entered on October 13, 1960 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THELMA COHEN, Appellant, v. BLOCKTON REALTY CORP., Defendant-Respondent and Third-Party Plaintiff. DARLING STORES, INC., Third-Party Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ JAMES J. MAGRATH, Appellant, v. 173RD STREET CORP., Respondent. — Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN LAGODA, Appellant.— Order entered on August 10, 1960 unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ In the Matter of CITY TITLE INSURANCE COMPANY, Appellant, v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent. — Order entered on October 13, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER SPINELLO, Appellant.— Order entered on May 29, 1961 unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ JAMES J. FLOOD et al., Appellants, v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Order entered on January 19, 1961 unanimously affirmed, without costs, on the opinion of Mr. Justice EPSTEIN at Special Term. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ. [26 Misc 2d 172.]

■ In the Matter of the Final Accounting of MORGAN GUARANTY TRUST COMPANY OF NEW YORK, Respondent, as Sole Surviving Trustee of the Trust Created for the Benefit of ISABELLE TAINTOR under the Will of CHARLES N. TAINTOR, Deceased. JOHN D. MASON, Appellant.— Decree unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.